UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Kimberly J. Howell,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Merrick B. Garland,<br><br>　　　　　　Defendant. | Case No. CV-1:23-cv-00023-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that Plaintiff's motion to amend the case management plan (Doc. 41) and motion for summary judgment (Doc. 39-1) are DENIED and Defendants' cross-motion for summary judgment (Doc. 46) is GRANTED, and this case is dismissed.

　　　Dated this 5th　day of May, 2025

　　　　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　　　　By:　/s/ Hailey Jaksha
　　　　　　　　　　　　　　　Deputy Clerk